```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------  x
                                                        :
United States of America                                :
                                                        :      [Proposed] Recommendation to the
              - v -                                     :             Bureau of Prisons
                                                        :              19 Cr. 541 (JSR)
Hugh Brian Haney,                                       :
                                                        :
                              Defendant.                :
------------------------------------------------------  x
```

WHEREAS the Court has received the letter-motion of Mr. Haney requesting that, in light of the COVID-19 Pandemic, the Court recommend to the Bureau of Prisons that Mr. Haney – register number 67030-061 – be temporarily released from the Metropolitan Detention Center pursuant to 18 U.S.C. § 3622, and having found that temporary release is consistent with the public interest, the Court makes the following recommendation:

> That the Bureau of Prisons temporarily release Mr. Haney – Register Number 67030-061 – for a period not to exceed thirty days, to allow Mr. Haney to self-quarantine for a period of 14 days, or as long as the BOP requires, and then report to the facility where he has been designated to serve the remainder of his sentence.

Dated:
Apr. 20 , 2020
New York, NY

_____
JED S. RAKOFF, U.S.D.J.