UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA

        -against-                    19-cr-541 (JSR)

HUGH BRIAN HANEY,                    ORDER

        Defendant.
```

JED S. RAKOFF, U.S.D.J.

    Defendant Hugh Brian Haney has filed a motion for early termination of supervised release. *See* Dkt. 39. The Government and the Probation Department do not oppose this request. Having considered the relevant factors set forth in 18 U.S.C. § 3553(a), Court finds that early termination of defendant's supervised release is in the interests of justice substantially for the reasons set forth in defendant's unopposed motion. *See* 18 U.S.C. § 3583(e)(1). Accordingly, the Court grant's the motion for defendant for early termination of his supervised release. Defendant's remaining term of supervised release is hereby terminated.

    SO ORDERED.

Dated:   New York, NY

        2/16, 2024

                                        JED S. RAKOFF, U.S.D.J.